1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, CSBN 189450
4  Special Assistant United States Attorney
     Social Security Administration, Region IX
5    160 Spear Street, Suite 800
     San Francisco, California 94105
6  Tel: (415) 977-8938
   Fax: (415) 744-0134
7  E-mail: theophous.reagans@ssa.gov

8  Attorneys for Defendant

9
                    **UNITED STATES DISTRICT COURT**
10                  **EASTERN DISTRICT OF CALIFORNIA**

11

12 | MARIA HERNANDEZ,                      ) Case No.: 1:13-CV-01373-GSA
                                           )
13 |         Plaintiff,                    ) STIPULATION FOR EXTENSION OF
                                           ) TIME TO FILE DEFENDANT'S
14 |     vs.                               ) RESPONSE TO PLAINTIFF'S
                                           ) OPENING BRIEF; ORDER
15 | CAROLYN W. COLVIN,                    ) THEREON
     Acting Commissioner of Social        )
16 | Security,                             ) Doc. 15
                                           )
17 |         Defendant                     )

18
        The parties, through their respective counsel, stipulate that the time for
19
   Defendant to respond to Plaintiff's Motion for Summary Judgment be extended to
20
   July 29, 2014. Defendant's counsel has a backlog of cases and will be out for two
21
   weeks during the month of June/July on leave. All other dates in the Court's
22
   Scheduling Order are extended accordingly.
23

24
   Date: June 13, 2014                          *Young Cho*
25                                              (Authorized via email)
                                                YOUNG CHO
26                                              Attorney for Plaintiff

1

| | |
|---|---|
| Dated: June 13, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | *Theophous H. Reagans*<br>THEOPHOUS H. REAGANS<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

## ORDER

The Court adopts the parties' stipulation set forth above. Accordingly, Defendant shall file her response to Plaintiff's opening brief on or before July 29, 2014. Other applicable dates in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **June 17, 2014**                   **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

2